Dane County Sheriff's Office
Civil Process
115 West Doty Street
MADISON, WI 53703

Process Number: 18005353          Court Number: 2018CV000532

I, David J. Mahoney, Sheriff of Dane County, do hereby certify that I received the within and foregoing SUMMONS, COMPLAINT on 24th day of July, 2018, and that I served the same on:

   CUMMINS INC   (Defendant)
   8040 EXCELSIOR DR STE 400
   MADISON, WI  53717
   Served on: 27th day of July, 2018 at 08:35:40 by Hancock Timothy

   Served to: JOHN LONG-CLERK   (DESIGNEE)
              8040 EXCELSIOR DR STE 400
              MADISON, WI  53717

Returned on the 27th day of July, 2018

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 27th day of July, 2018

                                        David J. Mahoney, Sheriff
                                        Dane County Sheriffs Office, Wisconsin

                                        BY: _____
                                            Deputy Sheriff
                                            Civil Process

Remarks:
27th day of July, 2018 at 08:35:40
SERVED FILED SUMMONS AND COMPLAINT.   CUMMINS, INC.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | ) | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, as subrogee of The Stone Point Trust | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 18-cv-532 |
| | ) ) ) | |
| CUMMINS, INC., and BRUNSWICK CORPORATION | ) ) | |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Cummins, Inc.
　　　　　　　　　　　　　　　　　　c/o R/A Corporation Service Company
　　　　　　　　　　　　　　　　　　8040 Excelsior Drive, Suite 400
　　　　　　　　　　　　　　　　　　Madison, WI 53717

*[RECEIVED 2018 JUL 23 PM 4:19 DANE COUNTY SHERIFF]*

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　　　　Matthew S. McLean
　　　　　　　　　Leahy, Eisenberg & Fraenkel, Ltd.
　　　　　　　　　33 West Monroe Street, Suite 1100
　　　　　　　　　Chicago, Illinois 60603

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date:　　7/12/2018　　　　　　　　　　　　　　_Vivian Olmo, Deputy Clerk_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Clerk or Deputy Clerk

18 005353

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Cummins, Inc
was received by me on *(date)*          .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  John Long/Clerk , who is
designated by law to accept service of process on behalf of *(name of organization)*  (CSC) corporation
Service Company  on *(date)*  7/27/18 8:35pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  7-27-18

_____
Server's signature

Timothy L Hancock  Deputy Sheriff
Printed name and title

115 W Doty ST madison WI
Server's address

Additional information regarding attempted service, etc: