

| | SHERIFF'S OFFICE OF COOK COUNTY<br>AFFIDAVIT OF SERVICE | *02838410* |
|---|---|---|

| CASE NUMBER: 18CV532 | MULT. SER.: 1 | DOC. TYPE: SUMMONS |
|---|---|---|
| **DIE DATE: 8/3/2018**  RECEIVED DATE: 7/20/2018 | FILED DATE: 7/12/2018 | DIST: 604 DC |

| **DEFENDANT:** | BRUNSWICK CORPORATION<br>208 S LASALLE ST<br>CHICAGO, IL 60604<br>STE 814 | **PLAINTIFF**<br>**ATTORNEY:** | ACE AMERICAN INSURANCE COMPANY<br>LEAHY EISENBERG & FRAENKEL<br>33 W MONROE STREET STE 1100 STREET<br>CHICAGO, IL 60603<br>312-368-4554 |
|---|---|---|---|

ATTACHED FEE AMT:
SERVICE INFORMATION: C/O RA C T CORPORATION SYSTEM

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

___  **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

___  **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON

___  **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

X  **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___

___  **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

___  **(6) S.O.S./D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

___  **(7) CERTIFIED MAIL**

**** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

___  **(8)** AND BY MAILING ON THE ___ DAY OF ___ 20___ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

___ (01) NO CONTACT    ___ (05) WRONG ADDRESS    ___ (09) DECEASED
___ (02) MOVED         ___ (06) NO SUCH ADDRESS  ___ (10) NO REGISTERED AGENT
___ (03) EMPTY LOT     ___ (07) EMPLOYER REFUSAL ___ (11) OUT OF COOK COUNTY
___ (04) NOT LISTED    ___ (08) CANCELLED BY PLAINTIFF ATTY ___ (12) OTHER REASON (EXPLAIN)
EXPLANATION:

WRIT SERVED ON: D HACKETT
SEX: Male    RACE: Black    AGE: 30
THIS 25 DAY OF July 2018
TIME: 10:45:00 AM

THOMAS J. DART,
SHERIFF, BY: /S/ THOMAS, JOSHUA D/S , Star # 11069 , DEPUTY

| ATTEMPTED SERVICES | | |
|---|---|---|
| DATE | TIME (AM/PM) | STAR# |
| | : | |
| | : | |
| | : | |
| | : | |

DFE899R